

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARIO JOHN TURNER, | § | No. 08-15-00234-CR |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 2 |
| THE STATE OF TEXAS, | § | of Collin County, Texas |
| Appellee. | § | (TC # 002-87100-2014) |
| | § | |

## **MEMORANDUM OPINION**

Mario John Turner has filed a motion to dismiss his appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Finding that Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

September 23, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)